IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EARL MAYO CHERRY, JR., #245792 *Plaintiff* | § § § | |
| v. | § | CIVIL ACTION NO. 4:19cv657 |
| | § | |
| UNIDENTIFIED DEFENDANTS, ET AL. *Defendants* | § § § | |

**ORDER**

This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #19) concluding that Plaintiff's motion for a preliminary injunction should be denied because jurisdiction has not been established and he has not shown he is entitled to a preliminary injunction. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections have been filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's motion for a preliminary injunction (Dkt. #8) is **DENIED**.

**So ORDERED and SIGNED this 4th day of February, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE